IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Continental Casualty Company, | C/A No. 3:09-1004-JFA |
| Plaintiff, | |
| v. | |
| James R. Jones, II; Carolina Jones aka Carol Jones; Elizabeth Leitner; Jones Leitner & Co.; Jones and Leitner, CPAs, P.A.; Jones Leitner, Inc.; Jones, Reeves & Co.; Eric E. Youngblood, Trustee of the D.C. Sheppard Trust; Dana C. Sheppard, individually and as Natural Guardian for S. S., a Minor; Joseph E. Chambers; David S. Johnson; Catherine Johnson; and W. Shell Suber, Jr., | ORDER |
| Defendants. | |

The court has completed its *in camera* review of the 409 documents for which Continental Casualty Company asserts the attorney-client or alternatively, the work product privilege. The court finds that all of these documents (or, where applicable, the redacted portions of certain documents) are, in fact, subject to the attorney-client or work product privilege. Accordingly, the motion to compel is denied.

So that an adequate record may be maintained of the court's ruling on this motion in the event this issue is raised on appeal, the court instructs the Clerk to file the 409 documents under seal, to be made available to the Court of Appeals if necessary.

IT IS SO ORDERED.

May 17, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge