IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Continental Casualty Company, | ) | C/A No.: 3:09-1004-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| James R. Jones, II; Carolina Jones a/k/a | ) | |
| Carole Jones; Elizabeth Leitner; Jones | ) | |
| Leitner & Co.; Jones and Leitner, CPAs | ) | |
| PA; Jones Leitner, Inc.; Jones Reeves | ) | |
| and Co.; Eric E. Youngblood, Trustee | ) | |
| of the DC Sheppard Trust; Dana C. | ) | |
| Sheppard, individually and as natural | ) | |
| guardian for SS, a minor; David S. | ) | |
| Johnson; Catherine Johnson; W. Shell | ) | |
| Suber, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Currently pending before the court are the parties' cross-motions for summary judgment [ECF Nos. 148, 149, 150 and 151]. On October 13, 2010, the court stayed this action until the Fourth Circuit Court of Appeals renders a decision in *Bryan Brothers*. In light of the age of the motions and the uncertainty as to when the Fourth Circuit will rule on the *Bryan Brother* case, the court hereby dismisses without prejudice the motions for summary judgment with leave to refile when the case is unstayed.

IT IS SO ORDERED.

February 15, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge