IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Continental Casualty Company, ) | C/A No.: 3:09-1004-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| James R. Jones, II; Carolina Jones a/k/a ) | |
| Carole Jones; Elizabeth Leitner; Jones ) | |
| Leitner & Co.; Jones and Leitner, CPAs ) | |
| PA; Jones Leitner, Inc.; Jones Reeves ) | |
| and Co.; Eric E. Youngblood, Trustee ) | |
| of the DC Sheppard Trust; Dana C. ) | |
| Sheppard, individually and as natural ) | |
| guardian for SS, a minor; David S. ) | |
| Johnson; Catherine Johnson; W. Shell ) | |
| Suber, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court wishes to hear additional oral argument on the question of whether waiver and estoppel apply to the claims of the Youngblood defendants in this case. The court will hear argument from each side on Wednesday, February 8, 2012 beginning at 10:00 a.m. in Courtroom No. IV of the Matthew J. Perry, Jr. Federal Courthouse. No additional briefing is necessary.

IT IS SO ORDERED.

January 27, 2012                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge