**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| **CONTINENTAL CASUALTY COMPANY,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No.:  3:09-cv-01004-JFA** |
| **JAMES R. JONES, II, ET AL.,** | |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of the Motion for Dismissal and Entry of Judgment by plaintiff Continental Casualty Company, it is ORDERED AND ADJUDGED that:

(1)    Judgment is hereby entered in favor of plaintiff Continental Casualty Company with respect to the rescission of the lawyers professional liability policy issued by Continental Casualty Company;

(2)    Judgment is hereby entered in favor of plaintiff Continental Casualty Company and against Defendants Eric Youngblood (as trustee of the D.C. Sheppard Trust) and Dana C. Sheppard (individually and as natural guardian of S.S., a minor) with respect to coverage for the underlying litigation captioned *Youngblood v. James R. Jones,* No. 2008-CP-4006774 (Ct. Com. Pl. for Richland County, S.C.) under the accountants professional liability policies issued by Continental Casualty Company.

(3)     In light of the settlement between Plaintiff Continental Casualty Company ("Continental") and Defendants David S. Johnson, Catherine Johnson and Shell Suber (together, the "Johnson/Suber Defendants") the claims between Continental, the Leitner Defendants and the Johnson/Suber Defendants are dismissed with prejudice as settled, each party to bear its own fees and costs.


      IT IS SO ORDERED.

Joseph F. Anderson Jr

May 29, 2012                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge